UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:

ERNEST M. YOHN IV,

    Debtor.

_____/

CASE NO. 12-37902-PGH
CHAPTER: 13

## MOTION TO SHORTEN PREJUDICE PERIOD

Debtor, ERNEST M. YOHN IV, by and through the undersigned counsel, requests that this Court shorten the prejudice period so that the Debtor may file a new Chapter 7 case and, as grounds, states as follows:

1. The Debtor previously filed for relief under Chapter 13 of the Bankruptcy Code in the above captioned case number on November 22, 2012.

2. The Debtor complied with all filing requirements, however the Debtor was unable to confirm a plan and his case was dismissed with prejudice through filing for 180 days on March 25, 2013.

3. The Debtor was abandoned by his counsel, Herbert W. Biggs, and never advised that his case was unable to be confirmed nor was he advised that his case was dismissed.

4. The Debtor now seeks to file Chapter 7.

**WHEREFORE**, Debtor, ERNEST M. YOHN IV, requests that this Court shorten the prejudice period so that the Debtor can file a case under Chapter 7.

**I HEREBY CERTIFY** that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.

**I HEREBY CERTIFY** that this document has been filed via the court's CM/ECF system, which electronically furnished notice to:

Herbert W Biggs    hwbseawatch@gmail.com

Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner     ecf@ch13weiner.com;ecf2@ch13weiner.com

and via U.S. Mail to Ernest M. Yohn, 16570 Orange Blvd., Loxahatchee, FL 33470 and to the Service List attached hereto on this 3rd day of June, 2013.

    **I HEREBY FURTHER CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).


YOUNG & BROOKS, P.A.
1860 Forest Hill Blvd., Suite 201
West Palm Beach, FL 33406
Telephone: 561-433-4200
Facsimile: 561-433-2988
Email Designation: syoung@ybplaw.com

By: _____
    STUART A. YOUNG, ESQ.
    (Florida Bar No. 232920)

## Service List

American Express
c/o Zwicker & Associates
80 Minute Rd.
Andover, MA 01810

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Bank Anerucaba Card
PO Box 982235
El Paso, TX 79998

Bank of America
P.O. Box 982235
El Paso, TX 79998-2238

Bank of America
PO Box 851001
Dallas, TX 75285

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Card
P.O. Box 71084
Charlotte, NC 28272-1084

FIA Card Services, N.A. as successor to
Bank of America, N.A. (USA)
and MBNA America Bank, N.A.
4161 Piedmont Parkway
NC4 105 03 14
Greensboro, NC 27410

Gander Mountain
PO Box 659569
San Antonio, TX 78265

Homeward Residential, Inc.
Bankruptcy Department
1525 S. Beltline Rd, Ste. 100
Coppell, TX 75019

Homeward
P.O. Box 660029
Dallas, TX 7526

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Bank of America
PO Box 45224
Jacksonville, FL 32232

Chase
P.O. Box 15298
Wilmington, DE 19850