

**ORDERED in the Southern District of Florida on July 16, 2013.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:                                                CASE NO. 12-37902 PGH
                                                                            CHAPTER 13

ERNEST M. YOHN, IV

      Debtor.
_____/

### ORDER GRANTING MOTION TO SHORTEN PREJUDICE PERIOD

THIS CAUSE came before the Court on July 11, 2013, upon the Debtor's Motion to Shorten Prejudice Period (DE #36). The Court, having heard argument of counsel, being fully advised in the premises, based upon the record, and there being no objection,

ORDERS AND ADJUDGES that:

1.     The Motion is GRANTED.

2.     The prejudice period is shortened to allow Debtor to immediately file a case under Chapter 7.

###

Submitted By:

STUART A. YOUNG
Florida Bar No. 232920
YOUNG & BROOKS, P.A.
1860 Forest Hill Blvd., Suite 201
West Palm Beach, Florida 33406
Telephone: (561) 433-4200
Facsimile: (561) 433-2988
Email: syoung@ybplw.com

Attorney Stuart A. Young, Esq., is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.